**ORIGINAL**

# In the United States Court of Federal Claims
No. 14-657T
(Filed: January 14, 2015)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RODNEY A. BRYANT,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED JAN 1 4 2015 U.S. COURT OF FEDERAL CLAIMS**

## ORDER OF DISMISSAL

This case comes before the Court on Defendant's October 22, 2014 motion to dismiss for failure to prosecute or, in the alternative, for lack of subject-matter jurisdiction. Plaintiff has not responded to Defendant's motion.

On July 28, 2014, Plaintiff Rodney A. Bryant filed a complaint with this Court alleging that the Internal Revenue Service improperly levied his property. Plaintiff did not pay the filing fee, and instead filed a motion to proceed in forma pauperis. The Court denied Plaintiff's motion on July 29, 2014, finding that Plaintiff receives a disability retirement pension in the amount of $7,998.96 per month and therefore good cause had not been shown. As of the date of this order, Plaintiff has not paid the required filing fee.

Because Plaintiff has failed to comply with the rules of this Court regarding payment of filing fees, this action is dismissed.

_Mary Ellen Coster Williams_
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**